TEETZEN, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Winter & Koehler* of Shawano.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents John Kadletz Lumber Company and Liberty Mutual Insurance Company: *Otjen & Otjen* and *Phil A. Grau, Jr.,* all of Milwaukee.

*By the Court.*—Judgment affirmed.

*January 16, 1945.*

BECKER, Executrix, Appellant, vs. TRACHTE, Respondent.

For the appellant: *Olin R. Moyle* of Johnson Creek.

For the respondent: *Grady & Dakin* of Watertown.

*By the Court.*—Judgment affirmed.

Motion for rehearing denied, without costs, on January 16, 1945.